In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property for Public Park Purposes extending from Flushing Bay to Interborough Parkway-Grand Central Parkway, and East and West of Grand Central Parkway Extension, with Exceptions.

JOSEPH P. DAY, INC., et al., Appellants.

Argued December 2, 1942; decided January 14, 1943.

*Clinton T. Roe, Charles P. Kramer* and *Henry Herz* for appellants.
*William C. Chanler,* Corporation Counsel (*Reuben Levy, Julius Isaacs* and *Isidor Bleich* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.